ALEX PISCIOTTA, Appellant, *v.* CITY OF NEW YORK, Respondent, et al., Defendants.

Argued January 10, 1950; decided February 23, 1950.

*Alex Pisciotta,* in person, *Duncan A. Fraser, Anthony H. Klein* and *Pasquale F. Laurino* for appellant.

*John P. McGrath, Corporation Counsel (Stanley Buchsbaum* and *Seymour B. Quel* of counsel), for respondent.

Judgment affirmed, with costs; no opinion. [See 300 N. Y. 755.]

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FROESSEL, JJ. Taking no part: FULD, J.